UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| ORAN CAUDLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11CV00009 JCH |
| | ) | |
| KATHY GONZALEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's motion to reconsider its previous Order partially dismissing plaintiff's complaint. The Court has reviewed the motion, its prior Order, and the complaint, and the Court finds no error in the prior Order. As a result, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [doc. 12] is **DENIED**.

Dated this 7th day of June, 2011.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE