UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ORAN CAUDLE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 2:11CV9 JCH |
| ) | |
| KATHY GONZALEZ, et al., ) | |
| ) | |
| Defendant(s). ) | |

# **ORDER**

This matter is before the Court on Defendants Dr. Tomas Cabrera, Dr. Elizabeth Conley, and Dr. Gary Campbell's ("Defendants") Motion to Compel, filed on August 19, 2011. (ECF No. 19). The Court acknowledges Defendants also have a Motion to Dismiss (ECF No. 47) pending that concerns Plaintiff's alleged failure to properly respond to Defendants' discovery per Defendants' Motion to Compel, along with three separate Motions for Summary Judgment. (ECF Nos. 48, 51, 54). Plaintiff was granted two extensions of time to respond to all four motions, and the Court recently granted Defendants an extension of time to reply to Plaintiff's responses. Defendants' replies are due March 19, 2012. (ECF No. 74). The Court anticipates the disposition of Defendants' Motion to Dismiss and Motions for Summary Judgment will resolve the issues raised in Defendants' Motion to Compel.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel (ECF No. 19) is **DENIED** without prejudice.

Dated this  7th  day of March, 2012.

                                                  /s/Jean C. Hamilton
                                                  UNITED STATES DISTRICT JUDGE